UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES R. KERNS,<br><br>    Petitioner,<br><br>    v.<br><br>SUPERIOR COURT OF CALIFORNIA, SACRAMENTO COUNTY, et al.,<br><br>    Respondents. | No. 2:19-cv-1337 KJM KJN P<br><br><br>FINDINGS AND RECOMMENDATIONS |

On July 17, 2019, petitioner filed a motion for extension of time to file a petition for writ of habeas corpus, but filed no petition. (ECF No. 1.) On July 24, 2019, petitioner's motion was denied, and he was granted thirty days in which to file a petition and either the application to proceed in forma pauperis or pay the court's filing fee. (ECF No. 3.) Petitioner was warned that the court will not issue any orders granting or denying relief until an action has been properly commenced. (ECF No. 3 at 1.) By order filed September 6, 2019, the undersigned declined to recommend dismissal of this action, but petitioner's second request for extension of time was denied, and petitioner was provided an opportunity to file the documents identified in the prior order within sixty days. (ECF No. 7.) The sixty day period has now expired, and petitioner has not filed a petition for writ of habeas corpus or otherwise responded to the court's order.

////

1

Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, petitioner may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Petitioner is advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. Martinez v. Ylst, 951 F.2d 1153 (9th Cir. 1991).

Dated: November 21, 2019

_KENDALL J. NEWMAN_
UNITED STATES MAGISTRATE JUDGE

/kern1337.nop.ftf